JP:GMP

**MOC-1004**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

RASHID MALIK GREEN,

    Defendant.

- - - - - - - - - - - - - - - -X

PRE-ARRAIGNMENT
C O M P L A I N T
(21 U.S.C. §§ 952(a)
and 960)

Fed Def

10/11/09 1:09 PM

EASTERN DISTRICT OF NEW YORK, SS:

    VIVIAN OQUENDO, being duly sworn, deposes and states that she is a Special Agent with the Drug Enforcement Agency ("DEA"), duly appointed according to law and acting as such.

    Upon information and belief, on or about October 10, 2009, within the Eastern District of New York and elsewhere, defendant RASHID MALIK GREEN did knowingly, intentionally and unlawfully import into the United States from a place outside thereof cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.   On October 10, 2009, defendant RASHID MALIK GREEN arrived at John F. Kennedy International Airport in Queens, New York, aboard Delta Airlines Flight 486 from Port of Spain, Trinidad.

2.   During a routine examination, a Customs and Border Protection Officer noticed that defendant RASHID MALIK GREEN appeared unusually nervous and gave inconsistent answers to routine customs questions. Specifically, the defendant stated that he visited Trinidad for the first time to visit his aunt, but stayed in two different hotels.

3.   Defendant RASHID MALIK GREEN was then escorted to a personal search area. The search was negative. During this time, the defendant RASHID MALIK GREEN was still exhibiting nervous behavior. The defendant then voluntarily admitted that he had swallowed pellets of cocaine. Defendant RASHID MALIK GREEN then was presented with an x-ray consent form, which he read, appeared to understand and signed.

4.   Defendant RASHID MALIK GREEN was transported to the medical facility at John F. Kennedy International Airport, where an x-ray was taken of defendant's intestinal tract, which was positive for foreign bodies. On October 10, 2009, the defendant passed 7 pellets, one of which field-tested positive for the presence of cocaine. The defendant was then placed under arrest.

5. Defendant RASHID MALIK GREEN will be detained at the JFK medical facility until such time as he has passed all the pellets contained within his intestinal tract.

WHEREFORE, your deponent respectfully requests that defendant RASHID MALIK GREEN be dealt with according to law.

_____
VIVIAN OQUENDO
Special Agent
Drug Enforcement Agency

Sworn
11th d

_____
THE HO                          LD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK